UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-22099-JAD |
| | ) | CHAPTER 13 |
| Dwayne L. Drewery and Jamie M. Drewery, | ) | |
| Debtor, | ) | FILED |
| | ) | 8/27/25 1:08 pm |
| Dwayne L. Drewery and Jamie M. Drewery, | ) | CLERK |
| Movant, | ) | U.S. BANKRUPTCY |
| | ) | COURT - WDPA |
| vs. | ) | Doc. # 12 |
| | ) | |
| Clearview Federal Credit Union, Internal Revenue Service, Pennymac Loan Service, Wells Fargo Mortgage | ) | |
| Respondents. | ) | |

ORDER OF COURT

AND NOW, on this  27th  day of  August , 2025 upon consideration of the application of Dwayne L. Drewery and Jamie M. Drewery for Extension of Time to Complete Filing Requirements. It is hereby ORDERED, ADJUDGED, and DECREED that the motion is GRANTED. The required documents shall be filed no later than September 3, 2025. No further extensions granted.

8/27/2025
DATE

jsf
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22099-JAD |
| Dwayne L. Drewery | Chapter 13 |
| Jamie M. Drewery | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwayne L. Drewery, Jamie M. Drewery, 107 Brookside Drive, Clinton, PA 15026-1797 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Dwayne L. Drewery frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Franklin L. Robinson, Jr. | on behalf of Joint Debtor Jamie M. Drewery frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6