Allegheny Health Network Healthcare at Home Home Health    200 Allegheny Drive Suite 201 Warrendale, PA 15086
Jamie Drewery    107 Brook Side Dr Clinton, PA 15026

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jamie Drewery | Allegheny Health Network Healthcare at H | P000321259 | 07/06/2025 | 07/19/2025 | 07/25/2025 | |

| | Total Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 3,075.00 | 230.67 | 337.33 | 88.70 | 2,513.33 |
| YTD | 514.00 | 21,375.00 | 922.68 | 2,425.32 | 354.80 | 18,465.54 |

### Earnings

| Description | Dates | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GHG - Additional Visits | 07/06/2025 - 07/19/2025 | 0 | 0 | 75.00 | 375.00 |
| GHG - Mileage Reimb | 07/06/2025 - 07/19/2025 | 169.69 | 0.56 | 95.03 | 793.34 |
| GHG - Orientation Amount Adjus | | | 0 | | 6,000.00 |
| Paid Time Off | 07/06/2025 - 07/19/2025 | 20 | 37.5 | 750.00 | 1,125.00 |
| PTO Pay | | | 0 | | 600.00 |
| Regular | 07/06/2025 - 07/19/2025 | 60 | 37.5 | 2,250.00 | 13,275.00 |
| Earnings | | | | 3,170.03 | 22,168.34 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 176.34 | 1,268.04 |
| Medicare | 41.24 | 296.56 |
| State Tax - PA | 87.32 | 627.89 |
| SUI-Employee Paid - PA | 1.99 | 14.32 |
| City Tax - CECIL | 28.44 | 204.51 |
| PA LST - CECIL | 2.00 | 14.00 |
| Employee Taxes | 337.33 | 2,425.32 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 32.77 | 131.08 |
| Medical | 192.68 | 770.72 |
| Vision | 5.22 | 20.88 |
| Pre Tax Deductions | 230.67 | 922.68 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident | 13.87 | 55.48 |
| Child Supplemental Life | 0.92 | 3.68 |
| Critical Illness | 12.39 | 49.56 |
| EE Supplemental Life | 22.62 | 90.48 |
| Hospital Indemnity | 20.86 | 83.44 |
| Spouse Critical Illness | 12.39 | 49.56 |
| Spouse Supplemental Life | 5.65 | 22.60 |
| Post Tax Deductions | 88.70 | 354.80 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,844.33 | 20,452.32 |
| Medicare - Taxable Wages | 2,844.33 | 20,452.32 |
| Federal Withholding - Taxable Wages | 2,844.33 | 20,452.32 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Float | 0 | 0 | 2 |
| GHG Dept Paid Days Off | 0 | 0 | 0 |
| PTO | 0.58 | 2.5 | 0.31 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Everyday | Wells Fargo | ••••••4329 | | 2,513.33 | USD |