UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| DWAYNE L. DREWERY AND JAMIE M. DREWERY , | ) ) | CASE NO. 25-22099-JAD |
| Debtor, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DWAYNE L. DREWERY AND JAMIE M. DREWERY , | ) ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**AFFIDAVIT OF INCOME**

    I, Dwayne L. Drewery, receives income from operating an Daycare business in the amount of $6,000.00 per month. I, Jamie M. Drewery , have employment income in the amount of $6,662.50 a month. We hereby attest under penalty of perjury that any false statements herein are made subject to penalties of perjury.


9/3/2025                                                                               /s/ DWAYNE L. DREWERY
DATE                                                                                     DWAYNE L. DREWERY


9/3/2025                                                                     /s/ JAMIE M. DREWERY
DATE                                                                                      DWAYNE L. DREWERY