| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Dwayne L. Drewery | Social Security number or ITIN: xxx–xx–3987 | |
| First Name  Middle Name  Last Name | EIN: __–_____ | |
| **Debtor 2:** (Spouse, if filing) Jamie M. Drewery | Social Security number or ITIN: xxx–xx–5809 | |
| First Name  Middle Name  Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: 13  8/8/25 | |
| Case number: 25–22099–JAD | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dwayne L. Drewery | Jamie M. Drewery |
| 2. | **All other names used in the last 8 years** | | fka Jamie M. Deakings |
| 3. | **Address** | 107 Brookside Drive Clinton, PA 15026 | 107 Brookside Drive Clinton, PA 15026 |
| 4. | **Debtor's attorney** Name and address | Franklin L. Robinson Jr. 5907 Penn Avenue, Suite 212 Pittsburgh, PA 15206 | Contact phone 412–363–6685  Email: frobi69704@aol.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566  Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 412–644–2700  Date: 9/4/25 |

**For more information, see page 2**

Debtor **Dwayne L. Drewery** and **Jamie M. Drewery**                                    Case number **25–22099–JAD**

| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 10, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/9/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/17/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/3/26** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan, objections and hearing | |
|---|---|
| | The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**11/10/25 at 10:00 AM** , Location: **Same location as the Meeting of Creditors.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. |

| 10. Creditors with a foreign address | |
|---|---|
| | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 11. Filing a chapter 13 bankruptcy case | |
|---|---|
| | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |

| 12. Exempt property | |
|---|---|
| | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |

| 13. Discharge of debts | |
|---|---|
| | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-22099-JAD

Dwayne L. Drewery  Chapter 13

Jamie M. Drewery

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 309iPGH | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwayne L. Drewery, Jamie M. Drewery, 107 Brookside Drive, Clinton, PA 15026-1797 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16576337 | + | Dicover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16576340 | + | First Financial Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 16576348 | + | TBOM/CCI MC, PO Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Sep 05 2025 00:06:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: frobi69704@aol.com | Sep 05 2025 00:05:00 | Franklin L. Robinson, Jr., 5907 Penn Avenue, Suite 212, Pittsburgh, PA 15206 |
| aty | | Email/Text: amps@manleydeas.com | Sep 05 2025 00:06:00 | Adam Bradley Hall, Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Sep 05 2025 00:06:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Sep 05 2025 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 05 2025 00:06:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 05 2025 00:06:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 05 2025 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16576323 | + | EDI: WFNNB.COM | Sep 05 2025 04:01:00 | ADS/Comenity/ Victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 16576324 | + | EDI: WFNNB.COM | Sep 05 2025 04:01:00 | ADS/Comenity/Alphaeon, PO Box 182120, Columbus, OH 43218-2120 |
| 16576325 | + | EDI: WFNNB.COM | Sep 05 2025 04:01:00 | ADS/Comenity/My Point SRWD, PO Box 182120, Columbus, OH 43218-2120 |
| 16576326 | + | Email/PDF: bncnotices@becket-lee.com | Sep 05 2025 00:12:46 | American Express, P.O. Box 981537, El Paso, TX |

| | | | |
|---|---|---|---|
| | | | 79998-1537 |
| 16576327 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Sep 05 2025 00:06:00 | Apple Card / GS Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 16576328 | + | EDI: TSYS2 | |
| | | Sep 05 2025 04:01:00 | Barclays Bank / Gap, PO Box 8803, Wilmington, DE 19899-8803 |
| 16576331 | + | EDI: CITICORP | |
| | | Sep 05 2025 04:01:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16576330 | + | EDI: CAPITALONE.COM | |
| | | Sep 05 2025 04:01:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16576329 | + | EDI: CAPITALONE.COM | |
| | | Sep 05 2025 04:01:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 16568740 | | EDI: DISCOVER | |
| | | Sep 05 2025 04:01:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 16566790 | | Email/Text: bankruptcy@clearviewfcu.org | |
| | | Sep 05 2025 00:06:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 16576333 | ^ | MEBN | |
| | | Sep 05 2025 00:00:47 | Columbia Gas of Pennsylvania, P.O. Box 70285, Philadelphia, PA 19176-0285 |
| 16576334 | + | EDI: WFNNB.COM | |
| | | Sep 05 2025 04:01:00 | Comenity Bank / Express, PO Box 182789, Columbus, OH 43218-2789 |
| 16576335 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Sep 05 2025 00:12:46 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 16576336 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | Sep 05 2025 00:06:00 | Dept of Education /Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 16576338 | | EDI: DISCOVER | |
| | | Sep 05 2025 04:01:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 16576339 | + | EDI: DISCOVER | |
| | | Sep 05 2025 04:01:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16566791 | | EDI: IRS.COM | |
| | | Sep 05 2025 04:01:00 | Internal Revenue Service, P.O. Box 802501, Cincinnati, OH 45280-2501 |
| 16576342 | + | EDI: NFCU.COM | |
| | | Sep 05 2025 04:01:00 | Navy Federal CR Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 16576343 | + | Email/Text: bnc@nordstrom.com | |
| | | Sep 05 2025 00:06:45 | Nordstrom / TD Bank USA, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 16576344 | + | EDI: AGFINANCE.COM | |
| | | Sep 05 2025 04:01:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 16569110 | | EDI: PENNDEPTREV | |
| | | Sep 05 2025 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16566792 | + | Email/PDF: ebnotices@pnmac.com | |
| | | Sep 05 2025 00:12:47 | Pennymac Loan Service, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 16576346 | + | EDI: SYNC | |
| | | Sep 05 2025 04:01:00 | SYNCB / Value City Furniture, PO Box 71729, Philadelphia, PA 19176-1729 |
| 16576347 | + | EDI: SYNC | |
| | | Sep 05 2025 04:01:00 | SYNCB/VNMO, PO Box 71746, Philadelphia, PA 19176-1746 |
| 16576349 | + | EDI: WTRRNBANK.COM | |
| | | Sep 05 2025 04:01:00 | TD Bank USA / Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 16573412 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | |
| | | Sep 05 2025 00:12:56 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department MAC N92, P.O. Box 1629, Minneapolis Minnesota 55440-1629 |
| 16566793 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | |
| | | Sep 05 2025 00:12:48 | Wells Fargo Mortgage, P.O. Box 10335, Des |

Moines, IA 50306-0335

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | WELLS FARGO BANK, N.A. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16576332 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 16576341 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 802501, Cincinnati, OH 45280-2501 |
| 16576345 | *+ | Pennymac Loan Service, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 16576350 | *+ | Wells Fargo Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 06, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Dwayne L. Drewery frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Franklin L. Robinson, Jr. | on behalf of Joint Debtor Jamie M. Drewery frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7