**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE  District of  -**

**RE:**                                                                          :

                                                                                 :  Bankruptcy Number:
                                                                                 :
                                                                                 :
**Debtor**                                                                       :  Chapter:
                                                                                 :
                                                                                 :
                                                                                 :
                                                                                 :
                                                                                 :

### REQUEST FOR NOTICES

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**


   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, , hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.



      Dated:


                                        By:  _____ /S/ _____

                                             Commonwealth of Pennsylvania
                                             Department of Labor and Industry
                                             Collections Support Unit
                                             PO Box 68568
                                             Harrisburg, PA 17106-8568
                                             Telephone: (717) 787-7627
                                             Fax: (717) 787-7671
                                             Email: