IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Dwayne and Jamie Drewery |
|---|---|
| CASE NO. | 25-22099-JAD |
| RELATED TO DOCUMENT NO. | 25 |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The **Creditor Request for Notices on Behalf of & Filed by CSU-OUCTS, PA Labor & Industry** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Creditor Request for Notices on Behalf of & Filed by CSU-OUCTS, PA Labor & Industry** must be refiled to correct the following:
   (1)  The document must contain a proper caption in accordance with W.PA.LBR. 9004-1; and
   (2)  The document must contain a proper signature in accordance with W.PA.LBR. 5005-6 (b).

You must file **Creditor Request for Notices on Behalf of & Filed by CSU-OUCTS, PA Labor & Industry** within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Creditor Request for Notices on Behalf of & Filed by CSU-OUCTS, PA Labor & Industry that is being filed in response to this Notice.**

| September 12, 2025 | By: | /s/Katie Doyle |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I