

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2522099

DEBTOR(S):

DWAYNE L DREWERY

JAMIE M DREWERY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 27 IN THE AMOUNT OF $947.88

CREDITOR'S SIGNATURE:

/s/ Helga Ridgeway

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

10/15/2025