

U.S. Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
Bankruptcy Petition #: 25-22099-JAD

## Notice of Withdrawal

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| Account Information: | Bankruptcy Case Details: |
|---|---|
| DREWERY, DWAYNE L | Case ID: 2522099 |
| Social Security Number : ***-**-3987 | Type: Chapter 13 |
| | File Date: 08-Aug-2025 |

**Why you are receiving this notice**

If you have any questions regarding this notice, please contact the department using the information provided.

Heather Haring

Phone: (717) 705-3982

Fax: (717) 783-4331


Please withdraw this proof of claim as it is filed in error.


/s/ Patrick M. Miller – Bankruptcy Supervisor