Certificate Number: 15317-PAW-DE-040459467

Bankruptcy Case Number: 25-22099



15317-PAW-DE-040459467

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 31, 2025</u>, at <u>6:31</u> o'clock <u>AM PST</u>, <u>Dwayne L Drewery</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   December 31, 2025         By:   /s/Jerry Fajardo

Name:   Jerry Fajardo

Title:   Counselor