**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

03/20/2026

IN RE:

DWAYNE L. DREWERY                         Case No.25-22099 JAD
JAMIE M. DREWERY
107 BROOKSIDE DRIVE                       Chapter 13
CLINTON, PA 15026
XXX-XX-3987          Debtor(s)

XXX-XX-5809

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/20/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| WH BURKLEY LLP(*) | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | |

| MDK LEGAL | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-5028 | COMMENT: WELLS FARGO BANK/PRAE | |

| ZWICKER AND ASSOCIATES PC | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 80 MINUTEMAN RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ANDOVER, MD 01810 | COMMENT: AMEX/PRAE | |

| CLEARVIEW FCU** | Trustee Claim Number:4   INT %: 4.00% | CRED DESC: VEHICLE |
|---|---|---|
| 8805 UNIVERSITY BLVD | Court Claim Number:10 | ACCOUNT NO.: 6550 |
| | CLAIM: 44,000.62 | |
| MOON TWP, PA 15108-4212 | COMMENT: 3865/SCH*LN 0001*44921@4%/PL | |

| PENNYMAC LOAN SERVICES LLC | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
|---|---|---|
| PO BOX 660929 | Court Claim Number:16 | ACCOUNT NO.: 5664 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75266-0929 | COMMENT: CL16GOV*3000 PMT/PL*2803.07x(60+2)=LMT*BGN 9/25 | |

| WELLS FARGO BANK NA | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
|---|---|---|
| ATTN PAYMENT PROCESSING MAC# F2302 04C | Court Claim Number:5 | ACCOUNT NO.: 3641 |
| ONE HOME CAMPUS | | |
| | CLAIM: 0.00 | |
| DES MOINES, IA 50328 | COMMENT: CL5GOV*930 PMT/PL*1098.31x(60+2)=LMT*BGN 9/25 | |

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:34-2 | ACCOUNT NO.: 3987 |
| PO BOX 7317 | | |
| | CLAIM: 54,080.84 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: CL34GOV@54080.84*16/SCH*182000@0%/PL*4/2016/PL*22-24*23=EST*TIMELY*AMD | |

| KML LAW GROUP PC* | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: PENNYMAC/PRAE | |

| COMMONWEALTH OF PA - DEPT OF LABOR & IN | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| COLLECTIONS SUPPORT UNIT - NOTICES | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 68568 | | |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17121-8568 | COMMENT: /PRAE | |

| QUANTUM3 GROUP LLC - AGENT FOR CROWN | Trustee Claim Number:10   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:22 | ACCOUNT NO.: 9561 |
| PO BOX 2489 | | |
| | CLAIM: 3,120.64 | |
| KIRKLAND, WA 98083-2489 | COMMENT: X9176/SCH*VCTR SCRT | |

CLAIM RECORDS

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:24 | ACCOUNT NO.:  1143 |
| PO BOX 2489 | | |
| | CLAIM:  3,349.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X8840/SCH*ALPHAEON | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:23 | ACCOUNT NO.:  9660 |
| PO BOX 2489 | | |
| | CLAIM:  1,349.40 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X7809/SCH*MY REWARDS | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK-AENB** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O ZWICKER & ASSOCIATES PC | Court Claim Number:18 | ACCOUNT NO.:  2001 |
| PO BOX 9043 | | |
| | CLAIM:  5,161.23 | |
| ANDOVER, MA  01810-1041 | COMMENT:  X4973/SCH | |

| | | |
|---|---|---|
| **APPLE CARD** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 7247 | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19170 | COMMENT:  GS BANK/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:30 | ACCOUNT NO.:  0713 |
| | CLAIM:  2,972.91 | |
| NORFOLK, VA  23541 | COMMENT:  X0398/SCH*GAP/BARCLAYS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:32 | ACCOUNT NO.:  3217 |
| | CLAIM:  11,797.84 | |
| NORFOLK, VA  23541 | COMMENT:  X0344/SCH*CAP 1 | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:31 | ACCOUNT NO.:  7364 |
| | CLAIM:  6,429.34 | |
| NORFOLK, VA  23541 | COMMENT:  X5234/SCH*CAP 1 | |

| | | |
|---|---|---|
| **CITIBANK NA** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 400 WHITE CLAY CENTER DR | Court Claim Number:25 | ACCOUNT NO.:  9057 |
| | CLAIM:  925.25 | |
| NEWARK, DE  19711 | COMMENT:  X6937/SCH | |

| | | |
|---|---|---|
| **COLUMBIA GAS OF PA INC(*)** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number: | ACCOUNT NO.:  2222 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-0117 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:21 | ACCOUNT NO.:  2959 |
| PO BOX 2489 | | |
| | CLAIM:  1,302.43 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X1711/SCH*EXPRESS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CREDIT ONE BANK** <br> PO BOX 98875 <br><br> LAS VEGAS, NV  89193 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4796 |
| **CREDIT ONE BANK** <br> PO BOX 98875 <br><br> LAS VEGAS, NV  89193 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0793 |
| **DEPARTMENT OF EDUCATION/NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:23  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  COMB@CID 25 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0000 |
| **DEPARTMENT OF EDUCATION/NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:24  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  COMB@CID 25 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0000 |
| **US DEPARTMENT OF EDUCATION** <br> C/O NELNET <br> PO BOX 2837 <br><br> PORTLAND, OR  97208 | Trustee Claim Number:25  INT %:  0.00% <br> Court Claim Number:12 <br><br> CLAIM:  55,273.52 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5809 |
| **DEPARTMENT OF EDUCATION/NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:26  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  COMB@CID 25 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0000 |
| **DEPARTMENT OF EDUCATION/NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:27  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  COMB@CID 25 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0000 |
| **DEPARTMENT OF EDUCATION/NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:28  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  COMB@CID 25 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0000 |
| **DEPARTMENT OF EDUCATION/NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:29  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  COMB@CID 25 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0000 |
| **DEPARTMENT OF EDUCATION/NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:30  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  COMB@CID 25 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0000 |

| | | |
|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 82561 | Court Claim Number: | ACCOUNT NO.:  0000 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501 | COMMENT:  COMB@CID 25 | |
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 82561 | Court Claim Number: | ACCOUNT NO.:  0000 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501 | COMMENT:  COMB@CID 25 | |
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 82561 | Court Claim Number: | ACCOUNT NO.:  0000 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501 | COMMENT:  COMB@CID 25 | |
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 82561 | Court Claim Number: | ACCOUNT NO.:  0000 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501 | COMMENT:  COMB@CID 25 | |
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 82561 | Court Claim Number: | ACCOUNT NO.:  0000 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501 | COMMENT:  COMB@CID 25 | |
| **CAPITAL ONE NA S/B/M TO DISCOVER BANK** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number:1 | ACCOUNT NO.:  3518 |
| | CLAIM:  9,280.07 | |
| NEW ALBANY, OH  43054 | COMMENT:  X1100/SCH | |
| **CAPITAL ONE NA S/B/M TO DISCOVER BANK** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number:2 | ACCOUNT NO.:  1419 |
| | CLAIM:  13,723.87 | |
| NEW ALBANY, OH  43054 | COMMENT:  X1100/SCH | |
| **CAPITAL ONE NA S/B/M TO DISCOVER BANK** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number:3 | ACCOUNT NO.:  3350 |
| | CLAIM:  11,103.28 | |
| NEW ALBANY, OH  43054 | COMMENT:  X1101/SCH | |
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:11 | ACCOUNT NO.:  1784 |
| 4140 E STATE ST | CLAIM:  10,129.24 | |
| HERMITAGE, PA  16148 | COMMENT:  X7721/SCH*AUTO DFNCY | |
| **NAVY FEDERAL CREDIT UNION*** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:15 | ACCOUNT NO.:  9322 |
| POB 3000* | CLAIM:  7,687.20 | |
| MERRIFIELD, VA  22119 | COMMENT:  X0001/SCH | |

**NORDSTROM INC**
C/O JEFFERSON CAPITAL SYSTEMS LLC(*)
PO BOX 772813

CHICAGO, IL 60677-2813

| | | |
|---|---|---|
| Trustee Claim Number:41 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:14 | | ACCOUNT NO.: 1378 |
| CLAIM: 2,587.03 | | |
| COMMENT: X7043/SCH*REF 4095619509 | | |

**ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M.**
C/O ONE MAIN(*)
PO BOX 3251

EVANSVILLE, IN 47731-3251

| | | |
|---|---|---|
| Trustee Claim Number:42 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:28 | | ACCOUNT NO.: 8735 |
| CLAIM: 15,112.14 | | |
| COMMENT: X4493/SCH*SIGNED@SEAL 6/14/24 | | |

**PENNYMAC LOAN SERVICES LLC**
PO BOX 514387

LOS ANGELES, CA 90051-4387

| | | |
|---|---|---|
| Trustee Claim Number:43 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number: | | ACCOUNT NO.: E001 |
| CLAIM: 0.00 | | |
| COMMENT: MORT?/SCH | | |

**SYNCHRONY BANK BY AIS INFOSOURCE LP - A**
PO BOX 4457

HOUSTON, TX 77210-4457

| | | |
|---|---|---|
| Trustee Claim Number:44 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:29 | | ACCOUNT NO.: 2463 |
| CLAIM: 8,218.16 | | |
| COMMENT: X1919/SCH*VALUE CITY | | |

**JEFFERSON CAPITAL SYSTEMS LLC(*)**
PO BOX 772813

CHICAGO, IL 60677-2813

| | | |
|---|---|---|
| Trustee Claim Number:45 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:13 | | ACCOUNT NO.: 3012 |
| CLAIM: 257.98 | | |
| COMMENT: X0899/SCH*REF 4077773563*VNMO/SYNC | | |

**MIDLAND CREDIT MANAGEMENT INC**
PO BOX 2037

WARREN, MI 48090

| | | |
|---|---|---|
| Trustee Claim Number:46 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:19 | | ACCOUNT NO.: 5706 |
| CLAIM: 1,361.25 | | |
| COMMENT: X9806/SCH*TBOM/MILESTONE | | |

**TD BANK USA NA****
C/O WEINSTEIN & RILEY PS(*)
PO BOX 93024

LAS VEGAS, NV 89193-3024

| | | |
|---|---|---|
| Trustee Claim Number:47 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:8 | | ACCOUNT NO.: 4283 |
| CLAIM: 3,632.40 | | |
| COMMENT: X1786/SCH | | |

**TD BANK USA NA****
C/O WEINSTEIN & RILEY PS(*)
PO BOX 93024

LAS VEGAS, NV 89193-3024

| | | |
|---|---|---|
| Trustee Claim Number:48 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:7 | | ACCOUNT NO.: 4121 |
| CLAIM: 2,137.41 | | |
| COMMENT: X1786/SCH*TARGET | | |

**GRB LAW**
525 WILLIAM PENN PLACE STE 3110

PITTSBURGH, PA 15219

| | | |
|---|---|---|
| Trustee Claim Number:49 INT %: 0.00% | | CRED DESC: NOTICE ONLY |
| Court Claim Number: | | ACCOUNT NO.: |
| CLAIM: 0.00 | | |
| COMMENT: TOWNSHIP OF FINDLAY/PRAE | | |

**DUQUESNE LIGHT COMPANY(*)**
ATTN. LITIGATION COUNSEL
411 SEVENTH AVE
MAIL DROP 16-1
PITTSBURGH, PA 15219

| | | |
|---|---|---|
| Trustee Claim Number:50 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| Court Claim Number:20 | | ACCOUNT NO.: 1058 |
| CLAIM: 154.60 | | |
| COMMENT: NT/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:27 | ACCOUNT NO.:  6666 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*FNBO*STALE CL@ $947.88 W/D*DOC 30 | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:26 | ACCOUNT NO.:  5809 |
| PO BOX 1123 | | |
| | CLAIM:  418.15 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:4 | ACCOUNT NO.:  3987 |
| PO BOX 280946 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  CL: $7351.75~W/D*DOC 31*NT/SCH*22-24 | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:6 | ACCOUNT NO.:  3987 |
| PO BOX 280946 | | |
| | CLAIM:  7,351.75 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  CL6GOV*NT/SCH-PL*22-24*DK | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:33 | ACCOUNT NO.:  3987 |
| PO BOX 280946 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  PL NT ENT*NT/SCH*22-24/CL*CL33: $7351.75~W/D@DOC 32 | |

| | | |
|---|---|---|
| **FINDLAY TOWNSHIP (STRM WTR)** | Trustee Claim Number:56  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC- DLNQ CLCTR | Court Claim Number:17 | ACCOUNT NO.:  R159 |
| 102 RAHWAY RD | | |
| | CLAIM:  168.00 | |
| MCMURRAY, PA  15317 | COMMENT:  CL17GOV*1321-R-159*NT/SCH-PL*WNTS 10%*THRU 8/8/25*W/57 | |

| | | |
|---|---|---|
| **FINDLAY TOWNSHIP (STRM WTR)** | Trustee Claim Number:57  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC- DLNQ CLCTR | Court Claim Number:17 | ACCOUNT NO.:  R159 |
| 102 RAHWAY RD | | |
| | CLAIM:  32.59 | |
| MCMURRAY, PA  15317 | COMMENT:  CL17GOV*1321-R-159*NT/SCH-PL*NON-INT*THRU 8/8/25*W/56 | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:58  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING MAC# F2302 04C | Court Claim Number:5 | ACCOUNT NO.:  3641 |
| ONE HOME CAMPUS | | |
| | CLAIM:  5,363.90 | |
| DES MOINES, IA  50328 | COMMENT:  CL5GOV*$0ARRS/PL*THRU 8/25 | |

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:59  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 660929 | Court Claim Number:16 | ACCOUNT NO.:  5664 |
| | CLAIM:  8,226.04 | |
| DALLAS, TX  75266-0929 | COMMENT:  CL16GOV*$0 ARRS/PL*THRU 8/25 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:60  INT %:  7.00% | CRED DESC:  SECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:34-2 | ACCOUNT NO.:  3987 |
| PO BOX 7317 | | |
| | CLAIM:  27,675.54 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  CL34GOV@27675.54*NO SEC/SCH-PL*2018*TIMELY*AMD | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:34-2 | ACCOUNT NO.:  3987 |
| PO BOX 7317 | | |
| | CLAIM:  212,986.75 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH*TIMELY*15-20*2019=EST*AMD | |
| | | |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U**C | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| OFFICE OF UC TAX SERVICES-COLLECTION SUP | Court Claim Number:9-2 | ACCOUNT NO.:  4557 |
| 651 BOAS ST - RM 924 | | |
| | CLAIM:  340.37 | |
| HARRISBURG, PA  17121 | COMMENT:  CL#9-2GOV*NT/SCH-PL*7404557*AMD*18-19 | |